B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois

**Case No. 11–19633**

**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Darrel J. Rasey
   760 S. Belmont
   Arlington Heights, IL 60005

Social Security / Individual Taxpayer ID No.:
   xxx–xx–0956

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                              FOR THE COURT

Dated: <u>August 15, 2011</u>                     <u>Kenneth S. Gardner, Clerk</u>
                                                     United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                              Case No. 11-19633-JPC
Darrel J. Rasey                                                                     Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 2            Date Rcvd: Aug 15, 2011
                              Form ID: b18             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2011.
```
db         +Darrel J. Rasey,   760 S. Belmont,   Arlington Heights, IL 60005-2638
aty        +Paul M Bach,   Bach Law Offices,   P.O. Box 1285,   Northbrook, IL 60065-1285
aty        +Penelope N Bach,   Bach Law Offices,   P.O. Box 1285,   Northbrook, IL 60065-1285
17248119   +Blatt Hasenmiller,   125 S WACKER DR #400,   Chicago, IL 60606-4440
17248123   +Cook County Clerk,   69 W. Washington, Suite 500,   Chicago, IL 60602-3030
17248124   +Cook County Treasurer,   Cook County Treasurer's Office,   Legal Department,
             118 N Clark St Room 112,   Chicago, IL 60602-1332
17289526   +DCFS USA L L C,   c/o Riezman Berger P C,   7700 Bonhomme 7th Floor,
             St Louis, Missouri 63105-1960
17248125   +Dr. M. Paik,   2101 South Arlington Heights Road,   Suite 108,   Arlington Heights, IL 60005-4197
17248126   +Estoria Federal Savings and Loan,   1 Corporate Drive, Suite 360,   Lake Zurich, IL 60047-8945
17248128    First Nationa Bank of Omaha,   P.O. Box 2557,   Omaha, NE 68103-2557
17248132    Markoff& Krasny,   29 W. Wacker Dr, #550,   Chicago, IL 60606
17248135   +Northland Group,   PO Box 390905,   Minneapolis, MN 55439-0905
17248136   +Northland Group Inc.,   P.O. Box 390846,   Minneapolis, MN 55439-0846
17248138   +Shirlee Smith,   622 E. Northwest Highway,   Des Plaines, IL 60016-3059
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +EDI: QGSZILAGYI.COM Aug 16 2011 01:08:00    Gregg Szilagyi,   542 South Dearborn Street,
             Suite 1060,   Chicago, IL 60605-1567
17320935   +EDI: ATLASACQU.COM Aug 16 2011 01:08:00    Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
17248117    EDI: BANKAMER.COM Aug 16 2011 01:08:00    Bank Of America,   PO Box 15026,
             Wilmington, DE 19850-5026
17248118    EDI: BANKAMER2.COM Aug 16 2011 01:08:00    Bank of America,   P.O. Box 15184,
             Wilmington, DE 19850-5184
17248120    EDI: CAPITALONE.COM Aug 16 2011 01:08:00    Capital One,   P.O. Box 30285,
             Salt Lake City, UT 84130-0285
17248121   +EDI: CHASE.COM Aug 16 2011 01:08:00    Chase,   Card Member Services,   P.O. Box 15153,
             Wilmington, DE 19886-5153
17248122   +EDI: CHASE.COM Aug 16 2011 01:08:00    Chase,   Attn: Bankruptcy Department,   PO Box 100018,
             Kennesaw, GA 30156-9204
17248127    EDI: BANKAMER.COM Aug 16 2011 01:08:00    FIA Card Services,   PO Box 15026,
             Wilmington, DE 19850-5026
17248131   +EDI: RESURGENT.COM Aug 16 2011 01:08:00    LVNV Funding LLC,   P.O. Box 10497,
             Greenville, SC 29603-0497
17248133   +EDI: DAIMLER.COM Aug 16 2011 01:08:00    Mercedez-Benz Financial,   PO Box 685,
             Roanoke, TX 76262-0685
17248134   +EDI: DAIMLER.COM Aug 16 2011 01:08:00    Mercedez-Benz Financial,   PO Box 9001680,
             Louisville, KY 40290-1680
17248137    EDI: SEARS.COM Aug 16 2011 01:08:00    Sears Gold Mastercard,   po Box 6282,
             Sioux Falls, SD 57117-6282
                                                                                               TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17248116     ARS National Services
17248130     LEX Financial, LLC
17248129   ##+Frederick J. Hanna & Associates,   1655 Enterprise Way,   Marietta, GA 30067-9209
                                                                                TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: admin              Page 2 of 2           Date Rcvd: Aug 15, 2011
                              Form ID: b18             Total Noticed: 26

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 17, 2011**          **Signature:**   *Joseph Speetjens*